IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

BERNARD WILLIAMS, )
 )
    Plaintiff, )
 )
v. ) CV 325-054
 )
TYRONE OLIVER, Commissioner Georgia )
Department of Corrections; KOCHELLE )
WATSON, Warden; MRS. BRAGG, Deputy )
Warden Care and Treatment; MR. CARR, )
Deputy Warden of Security; LT. JOHNSON, )
2nd Shift Supervisor; MRS. BROWN, )
2nd Shift Correctional Officer; MRS. )
PATTON, 2nd Shift Correctional Officer, and )
GEORGIA DEPARTMENT OF )
CORRECTIONAL, )
 )
    Defendants. )

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUG - 4 2025
FILED

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___ day of August, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE