AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BERNARD WILLIAMS,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:  CV325-054

TYRONE OLIVER, Commissioner Georgia Department of Corrections, et al.,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's August 4, 2025 Order adopting the Magistrate Judge's Report and Recommendation as its opinion, this case is dismissed without prejudice. This case stands closed.

8/4/2025
*Date*

John E. Triplett, Clerk of Court
Clerk

*(signature)*

(By) Deputy Clerk

GAS Rev 10/2020